Commonwealth *v.* Cullison, Appellant.

Submitted March 19, 1973. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and SPAETH, JJ.

*William K. Sayer* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*James J. Wilson, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION BY SPAETH, J., November 16, 1973:

The judgment of sentence is affirmed on the basis of our opinion filed in *Commonwealth v. Ambrose,* 225 Pa. Superior Ct. 393, 312 A. 2d 440 (1973).